| | |
|---|---|
| 1 | MARK D. POTTER (SBN 166317) |
| 2 | PEGGY A. FARRELL (SBN 210853) |
|   | POTTER HANDY, LLP |
| 3 | P.O. Box 262490 |
|   | San Diego, California 92196 |
| 4 | Telephone: (858) 375-7385 |
|   | Facsimile: (888) 422-5191 |
| 5 | Email: PeggyF@PotterHandy.com |
| 6 | **Attorneys for Plaintiff JOHN WITTHOEFT, an individual** |
| 7 | |
| 8 | JOSEPH P. LIBURT (SBN 155507) |
|   | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 9 | 1000 Marsh Rd. |
|   | Menlo Park, CA 94025 |
| 10 | Telephone: (650) 614-7400 |
|    | Facsimile: (650) 614-7401 |
| 11 | Email: jliburt@orrick.com |
| 12 | TIMOTHY BRIAN DEL CASTILLO (SBN 277296) |
| 13 | ORRICK HARRINGTON & SUTCLIFFE |
|    | 400 Capitol Mall |
| 14 | Suite 3000 |
|    | Sacramento, CA 95814-4497 |
| 15 | Telephone: (916) 329-7942 |
|    | Facsimile: 916-329-4900 |
| 16 | Email: tdelcastillo@orrick.com |
| 17 | **Attorneys for Defendants KMART CORPORATION, a Michigan corporation;** |
| 18 | **SEARS HOLDING CORPORATION, a Delaware corporation** |
| 19 | |
| 20 | WILLIAM GORHAM, III (SBN 151773) |
|    | MAYALL HURLEY, P.C. |
|    | 2453 Grand Canal Blvd 2nd Fl |
| 21 | Stockton, CA 95207 |
|    | Telephone: (209) 477-3833 |
| 22 | Facsimile: (209) 473-4818 |
|    | Email: |
| 23 | |
| 24 | **Attorneys for Defendants PAQ, INC., a California corporation, dba FOOD 4 LESS (Ceres) and dba RANCHO SAN MIGUEL** |
| 25 | **MARKETS** |
| 26 | CARRIE ANNE GONELL (SBN 257163) |
|    | MORGAN LEWIS & BOCKIUS LLP |
| 27 | 5 Park Plaza, Suite 1750 |
|    | Irvine, CA 92614 |
| 28 | Telephone (949) 399-7000 |

1  Facsimile: (949) 399-7001
   Email: cgonell@morganlewis.com
2
   **Attorneys for Defendants DOLLAR**
3  **GENERAL CORPORATION, a Tennessee**
   **corporation**
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JOHN WITTHOEFT, an individual | Case No. 114CV265515
13 |             Plaintiff,         | [PROPOSED] ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
14 |             v.                 |
15 | FOOD 4 LESS OF CALIFORNIA, a California corporation; KROGER COMPANY, an Ohio corporation; RANCHO SAN MIGUEL MARKETS, a California corporation; PAQ, INC., a California corporation; WALGREENS COMPANY, an Illinois corporation; DOLLAR GENERAL CORPORATION, a Tennessee corporation; WAL-MART STORES, INC., a Delaware corporation; DOLLAR TREE STORES, INC., a Virginia corporation; KMART CORPORATION, a Michigan corporation; SEARS HOLDING COMPANY, a Delaware corporation; SAVE MART SUPERMARKETS, INC., a California Corporation; CVS CAREMARK CORPORATION, a Delaware corporation; CVS PHARMACY, a Rhode Island corporation; and DOES 1-200, inclusive, | [Local Rule 6-1(b)]
   |                                | Complaint Filed: September 30, 2014
   |                                | Initial Case Management Conference: April 2, 2015
   |                                | Trial Date: None Set
   |                                | Trial Judge: Hon. Judge Lucy H. Koh
   |                                | Magistrate Judge: Hon. Paul S. Grewel
25 |             Defendants.        |

26

27

28

                                    2
      [PROPOSED] ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE A FIRST AMENDED
                                COMPLAINT

# [PROPOSED] ORDER

Good cause having been hereby shown, the Court grants the parties stipulation to allow Plaintiff leave to file a First Amended Complaint. The Court further orders that Defendants' PAQ, Inc. and DOLLAR GENERAL's motions to dismiss should be vacated as moot and Plaintiff shall not be required to file an opposition. Defendants Sears Holding Corporation agrees that the dismissal of Sears Holding Corporation is without prejudice and contingent of a waiver of costs and fees and agreement to provide a declaration.

Plaintiff shall file the First Amended Complaint within twenty-one (21) days of the filing of this Order.

The initial case management conference set for April 2, 2015, at 1:30 p.m. is hereby CONTINUED to April 8, 2015, at 2:00 p.m.

IT IS SO ORDERED.

Dated: January 29, 2015          By: *Lucy H. Koh*
                                 Hon. Judge Lucy H. Kohn
                                 Judge of the U.S. Dist. Court for the
                                 Northern District of California