1  PEGGY A. FARRELL, Bar No. 210853
   PeggyF@PotterHandy.com
2  MARK D. POTTER, Bar No. 166317
   Mark@PotterHandy.com
3  POTTER HANDY, LLP
   P.O. Box 262490
4  San Diego, California 92196
   Telephone:   (858) 375-7385
5  Facsimile:   (888) 422-5191

6  Attorneys for Plaintiff
   JOHN WITTHOEFT

7  MICHAEL W. WARREN, Bar No. 223642
   mwarren@littler.com
8  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
9  San Jose, California  95113.2303
   Telephone:   408.998.4150
10 Facsimile:   408.288.5686

11 GALEN M. LICHTENSTEIN, Bar No. 251274
   glichtenstein@littler.com
12 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
13 San Francisco, CA  94108.2693
   Telephone:   415.433.1940
14 Facsimile:   415.399.8490

15
   Attorneys for Defendants
16 CVS HEALTH CORPORATION (improperly sued
   as CVS CAREMARK CORPORATION) and CVS
17 PHARMACY, INC.

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                       SAN JOSE DIVISION

21

22 JOHN WITTHOEFT, an individual,         Case No.  5:14-CV-04395-LHK

23              Plaintiff,                **JOINT STIPULATION AND
                                          [PROPOSED] ORDER TO EXTEND
24       v.                               TIME TO FILE STIPULATION OF
                                          DISMISSAL WITH PREJUDICE**
25 PAQ, INC., a California corporation, et al,
                                          FAC Amended:    March 9, 2015
26              Defendants.               FAC Filed:      February 18, 2015
                                          Complaint Filed: September 30, 2014
27                                        Trial Date:     No date set.

28

JOINT STIP. TO EXTEND TIME TO FILE                      Case No. 5:14-CV-04395-LHK
DISMISSAL WITH PREJUDICE

1. Pursuant to Civil Local Rule 6-1(b), Plaintiff John Witthoeft and Defendants CVS Health Corporation (improperly sued as CVS Caremark Corporation) and CVS Pharmacy, Inc. (collectively "Parties") hereby stipulate as follows:

While the Parties were not able to meet the Court's deadline of June 5, 2015 to file a stipulation of dismissal with prejudice, as they had anticipated would be possible, the Parties can report that they have come to an agreement on the terms of their settlement. All that remains prior to the Parties filing their stipulation of dismissal with prejudice is for the settlement agreement to be executed, for the seven-day revocation period to pass, and for the settlement payment to be made. The Parties agree to file a stipulation of dismissal with prejudice by no later than July 1, 2015.

Dated: June 5, 2015

/s/ *Peggy A. Farrell*
PEGGY A. FARRELL
MARK D. POTTER
POTTER HANDY, LLP
Attorneys for Plaintiff
JOHN WITTHOEFT

Dated: June 5, 2015

/s/ *Galen M. Lichtenstein*
MICHAEL W. WARREN
GALEN M. LICHTENSTEIN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
CVS HEALTH CORPORATION (improperly sued as CVS CAREMARK CORPORATION) and CVS PHARMACY, INC.

**ATTESTATION REGARDING ELECTRONIC SIGNATURES**

I, Galen M. Lichtenstein, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is being submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 5, 2015

By: _____
GALEN M. LICHTENSTEIN

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. TO EXTEND TIME TO FILE
DISMISSAL WITH PREJUDICE

Case No. 5:14-CV-04395-LHK

### [PROPOSED] ORDER ON STIPULATION

Having reviewed the foregoing stipulation and for good cause appearing, the Court hereby grants the Parties' Joint Stipulation to Extend Time to File Stipulation of Dismissal with Prejudice.

**IT IS SO ORDERED**:

Dated: _____, 2015

_____
HONORABLE LUCY H. KOH
United States District Court Judge

Firmwide:133954880.2 074623.1047

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT STIP. TO EXTEND TIME TO FILE
DISMISSAL WITH PREJUDICE

Case No. 5:14-CV-04395-LHK