1    PEGGY A. FARRELL, Bar No. 210853
     PeggyF@PotterHandy.com
2    MARK D. POTTER, Bar No. 166317
     Mark@PotterHandy.com
3    POTTER HANDY, LLP
     P.O. Box 262490
4    San Diego, California 92196
     Telephone:    (858) 375-7385
5    Facsimile:    (888) 422-5191

6    Attorneys for Plaintiff
     JOHN WITTHOEFT

7
     MICHAEL W. WARREN, Bar No. 223642
8    mwarren@littler.com
     LITTLER MENDELSON, P.C.
9    50 W. San Fernando, 15th Floor
     San Jose, California  95113.2303
10   Telephone:    408.998.4150
     Facsimile:    408.288.5686

11
     GALEN M. LICHTENSTEIN, Bar No. 251274
12   glichtenstein@littler.com
     LITTLER MENDELSON, P.C.
13   650 California Street, 20th Floor
     San Francisco, CA  94108.2693
14   Telephone:    415.433.1940
     Facsimile:    415.399.8490

15
     Attorneys for Defendants
16   CVS HEALTH CORPORATION (improperly sued
     as CVS CAREMARK CORPORATION) and CVS
17   PHARMACY, INC.

18                   UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20                        SAN JOSE DIVISION

21

22   JOHN WITTHOEFT, an individual,          Case No.  5:14-CV-04395-LHK

23                Plaintiff,                 **JOINT STIPULATION AND**
                                             **[PROPOSED] ORDER TO EXTEND**
24          v.                               **TIME TO FILE STIPULATION OF**
                                             **DISMISSAL WITH PREJUDICE**
25   PAQ, INC., a California corporation, et al,
                                             FAC Amended:   March 9, 2015
26                Defendants.                FAC Filed:     February 18, 2015
                                             Complaint Filed: September 30, 2014
27                                           Trial Date:    No date set.

28

JOINT STIP. TO EXTEND TIME TO FILE
DISMISSAL WITH PREJUDICE                              Case No. 5:14-CV-04395-LHK

Pursuant to Civil Local Rule 6-1(b), Plaintiff John Witthoeft and Defendants CVS Health Corporation (improperly sued as CVS Caremark Corporation) and CVS Pharmacy, Inc. (collectively "Parties") hereby stipulate as follows:

While the Parties were not able to meet the Court's deadline of June 5, 2015 to file a stipulation of dismissal with prejudice, as they had anticipated would be possible, the Parties can report that they have come to an agreement on the terms of their settlement. All that remains prior to the Parties filing their stipulation of dismissal with prejudice is for the settlement agreement to be executed, for the seven-day revocation period to pass, and for the settlement payment to be made. The Parties agree to file a stipulation of dismissal with prejudice by no later than July 1, 2015.

Dated: June 5, 2015

/s/ Peggy A. Farrell
PEGGY A. FARRELL
MARK D. POTTER
POTTER HANDY, LLP
Attorneys for Plaintiff
JOHN WITTHOEFT

Dated: June 5, 2015

/s/ Galen M. Lichtenstein
MICHAEL W. WARREN
GALEN M. LICHTENSTEIN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
CVS HEALTH CORPORATION (improperly sued as CVS CAREMARK CORPORATION) and CVS PHARMACY, INC.

## ATTESTATION REGARDING ELECTRONIC SIGNATURES

I, Galen M. Lichtenstein, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is being submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 5, 2015              By: _____
                                    GALEN M. LICHTENSTEIN

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15h Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. TO EXTEND TIME TO FILE
DISMISSAL WITH PREJUDICE

Case No. 5:14-CV-04395-LHK

1  **[PROPOSED] ORDER ON STIPULATION**

2     Having reviewed the foregoing stipulation and for good cause appearing, the Court

3  hereby grants the Parties' Joint Stipulation to Extend Time to File Stipulation of Dismissal with

4  Prejudice.

5     **IT IS SO ORDERED**:

6

7  Dated: _____ June 8 , 2015     _____

8                    HONORABLE LUCY H. KOH
                     United States District Court Judge

9

10  Firmwide:133954880.2 074623.1047

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. TO EXTEND TIME TO FILE
DISMISSAL WITH PREJUDICE                    Case No. 5:14-CV-04395-LHK