United States District Court
Northern District of California

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                                 SAN JOSE DIVISION
11
12  JOHN WITTHOEFT,                          Case Nos.14-cv-04395-LHK
13              Plaintiff,                            14-cv-02403-LHK
                                                      14-cv-02404-LHK
14        v.                                          14-cv-02405-LHK
                                                      14-cv-02406-LHK
15  PAQ, INC., et al.,                                14-cv-02407-LHK
                Defendants.                           14-cv-02408-LHK
16
17                                          **ORDER RE CASE MANAGEMENT
                                            CONFERENCE AND CONSENT TO
18                                          MAGISTRATE JUDGE JURISDICTION**
19
20
21        Plaintiff had previously consented to Magistrate Judge jurisdiction assuming that Plaintiff
22  would proceed in a single action with all nine Defendants. *See* ECF No. 9. The Court severed
23  seven Defendants from the original action on May 20, 2015. *See* ECF No. 94. At the May 20,
24  2015 case management conference, counsel for Plaintiff indicated that counsel would need to
25  consult with Plaintiff as to whether Plaintiff would continue to consent to Magistrate Judge
26  jurisdiction even if that would result in some of the severed cases proceeding before a Magistrate
27                                          1
    Case No.14-cv-04395-LHK; 14-cv-02403-LHK; 14-cv-02404-LHK; 14-cv-02405-LHK; 14-cv-02406-LHK; 14-cv-
28  02407-LHK; 14-cv-02408-LHK;
    ORDER RE CASE MANAGEMENT CONFERENCE AND CONSENT TO MAGISTRATE JUDGE
    JURISDICTION

1  Judge and some of the severed cases proceeding before the undersigned. In the June 10, 2015 joint
2  case management statement, Plaintiff represented that he would consent to Magistrate Judge
3  Grewal. Plaintiff is ordered to file a formal consent/declination to magistrate judge jurisdiction in
4  each related action by 2 p.m., Tuesday, June 16, 2015.

5  Should both Plaintiff and the specific Defendant in a particular case consent to Magistrate
6  Judge jurisdiction, the undersigned judge will reassign that case. Should either Plaintiff or the
7  specific Defendant decline Magistrate Judge jurisdiction, the undersigned judge will retain that
8  case. This may result in some cases proceeding before a Magistrate Judge, while other cases will
9  remain before the undersigned judge.

10  The Court ordered Defendants to file consents or declinations to Magistrate Judge
11  jurisdiction by June 5, 2015. *See* No. 14-4395, ECF No. 94. With the exception of Defendant
12  Dollar Tree Stores, the remaining Defendants have not done so. *See* No. 14-4395, ECF No. 101.
13  All other Defendants are ordered to file a consent/declination to Magistrate Judge jurisdiction by 2
14  p.m., Tuesday, June 16, 2015.

15  Defendant Dollar Tree Stores requested that the Court clarify which parties are ordered to
16  appear at the June 17, 2015 case management conference. All parties in all related actions are
17  ordered to appear at the June 17, 2015 case management conference unless the case is reassigned.

18  **IT IS SO ORDERED.**

19  Dated: June 15, 2015

_____
LUCY H. KOH
United States District Judge

2
Case No.14-cv-04395-LHK; 14-cv-02403-LHK; 14-cv-02404-LHK; 14-cv-02405-LHK; 14-cv-02406-LHK; 14-cv-02407-LHK; 14-cv-02408-LHK;
ORDER RE CASE MANAGEMENT CONFERENCE AND CONSENT TO MAGISTRATE JUDGE JURISDICTION