UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN WITTHOEFT,<br><br>             Plaintiff,<br><br>        v.<br><br>PAQ, INC., CVS CAREMARK CORP., & CVS PHARMACY,<br><br>             Defendants. | Case No.14-cv-04395-LHK<br><br>**ORDER OF REFERRAL** |

Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, the Court directs the Clerk to reassign the following case to United States Magistrate Judge Paul S. Grewal:

Case No. 14-4395.

Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**
Dated: June 17, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.14-cv-04395-LHK
ORDER OF REFERRAL

1